# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| ITV STUDIOS LTD., a United Kingdom private limited company, and ITV AMERICA INC., a Delaware corporation,<br>*Plaintiff(s)*<br>v.<br>NELK USA, INC., a Delaware corporation; NELK, INC., a Canadian corporation; FULL SEND CORPORATION, a Delaware corporation; SHOTS STUDIOS, INC., a Delaware corporation; HAPPY DAD LLC, a Delaware limited liability company; KYLE FORGEARD, an individual,<br>*Defendant(s)* | Civil Action No. 8:26-CV-03219 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

NELK USA Inc., a Delaware Corporation
251 Little Falls Drive, Wilmington, DE 19808

Additional Defendants to be served listed on Attachment #2.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James S. Blackburn (Bar No. 169134)
Oscar Ramallo (Bar No. 241487)
Sage R. Bitter (Bar No. 357972)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor, Los Angeles, CA 90017-5844

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:26-CV-03219

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Theresa M. House (*pro hac vice* forthcoming)
Theresa.House@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8094
Facsimile: (212) 836-8689

James S. Blackburn (Bar No. 169134)
James.Blackburn@arnoldporter.com
Oscar Ramallo (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
Sage R. Bitter (Bar No. 357972)
sage.bitter@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4290
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ITV STUDIOS LTD., a United Kingdom private limited company and ITV AMERICA INC., a Delaware corporation,

Plaintiffs,

v.

NELK USA, INC., a Delaware corporation; NELK, INC., a Canadian corporation; FULL SEND CORPORATION, a Delaware corporation; SHOTS STUDIOS, INC., a Delaware corporation; HAPPY DAD LLC, a Delaware limited liability company; KYLE FORGEARD, an individual,

Defendants.

**Case No. 8:26-CV-03219**

**COMPLAINT FOR:**

**(1) FEDERAL TRADEMARK INFRINGEMENT**

**(2) FEDERAL UNFAIR COMPETITION**

**(3) FEDERAL DILUTION**

**(4) DILUTION UNDER CALIFORNIA LAW**

**DEMAND FOR JURY TRIAL**

UNITED STATES DISTRICT COURT CENTRAL
DISTRICT OF CALIFORNIA

ITV Studios Ltd., et al. v. NELK USA, Inc., et al.
Case No.8:26-CV-03219

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

NELK USA INC., A DELAWARE CORPORATION
251 Little Falls Drive
Wilmington, DE 19808

NELK INC., A CANADIAN CORPORATION
525 8 Avenue SW2400
T2P 1G1 Calgary
Alberta, Canada

FULL SEND CORPORATION, A DELAWARE CORPORATION
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

SHOTS STUDIOS INC., A DELAWARE CORPORATION
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

HAPPY DAD LLC, A DELAWARE LIMITED LIABILITY COMPANY
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

KYLE FORGEARD, AN INDIVIDUAL
255 Giralda Avenue, 5th Floor
Coral Gables, Florida 33134-5002

2900 NE 7TH Avenue, PH 4704
Miami, Florida 33137-4455